RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for: ALICIA FIGUEROA-LORIE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-177-PMP-RJJ |
| Plaintiff, | **UNOPPOSED MOTION AND PROPOSED ORDER TO VACATE STATUS HEARING** |
| vs. | |
| ALICIA FIGUEROA-LORIE, | |
| Defendant. | |

COMES now the defendant, ALICIA FIGUEROA-LORIE, by and through counsel, Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for ALICIA FIGUEROA-LORIE, and moves this court to vacate the status hearing currently set for Monday, January 9, 2012..

This unopposed motion is filed for the following reasons:

1. The defendant, being in full compliance with the requirements of her unsupervised probation, has relocated and now resides in the state of Florida. Travel to Las Vegas, Nevada for the status hearing would create an unnecessary financial burden on the defendant.

2. The defendant has met the special conditions by completing the community service and assessment payment required of her in the Judgment filed on March 29, 2011.
(See Exhibit A as attached verification)

3. Defense counsel has conferred with AUSA Rob W. MacDonald, who has stated he has no objections, as long as all conditions have been met.

/ / /

1 | DATED this 21st day of October, 2011.

RENE L. VALLADARES
Federal Public Defender

By:/s/ Raquel Lazo
RAQUEL LAZO
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALICIA FIGUEROA-LORIE,,

    Defendant.

Case No.: 2:10-cr-177-PMP-RJJ

FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

## FINDINGS OF FACT

Based on the pending unopposed motion of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant, being in full compliance with the requirements of her unsupervised probation, has relocated and now resides in the state of Florida

2. She has met the special conditions by completing the community service and assessment payment required of her in the Judgment filed on March 29, 2011.

## CONCLUSIONS OF LAW

The Defendant has has met the special conditions by completing the community service and assessment payment required of her in the Judgment filed on March 29, 2011. Therefore, the interest of justice is best served by vacating the status check hearing set for January 9, 2012.

## ORDER

IT IS THEREFORE ORDERED that the status check hearing set for January 9, 2012, is hereby vacated, defendant's unsupervised probation is terminated and the case closed.

DATED this __25th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on October 21, 2011, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO VACATE STATUS HEARING** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>ROB W. MACDONALD
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

>/S/ Nancy Vasquez
>Nancy Vasquez, Legal Secretary to
>RAQUEL LAZO,
>Assistant Federal Public Defender

4